DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3853
Facsimile: (415) 554-3837
E-Mail: don.margolis@sfgov.org

DAWN S. PITTMAN, State Bar No. 177962
ANNE H. LEE, State Bar No. 258016
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
dpittman@morganlewis.com
anne.lee@moganlewis.com

Attorney for Defendant
EXXON MOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, by and through its PORT COMMISSION, and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL OIL CORPORATION, a corporation, and DOES 1-100,<br><br>Defendant. | Case No. C-08-03490 MHP<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION; AND [PROPOSED] ORDER** |

1  In accordance with the December 9, 2008 Order and Stipulation Selecting ADR Process
2  and ADR L. R. 6-6, Plaintiffs, CITY AND COUNTY OF SAN FRANCISCO, BY AND
3  THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA
4  ("the City") and Defendant, EXXON MOBIL OIL CORPORATION ("Exxon Mobil")
5  participated in a pre-mediation conference call with the Court appointed mediator, Mr. Steven
6  Weissman, on Tuesday, February 10, 2009. The parties discussed the status of the case and in
7  particular the impact of the February 9, 2009 hearing on F. Alioto Company's ("F. Alioto")
8  Motion to Intervene. At oral argument on the F. Alioto motion, the Court advised that the motion
9  to intervene could not be granted as it stands, and provided F. Alioto thirty (30) days to either (i)
10 withdraw its claims against the City and join the action as a plaintiff, which would result in a
11 grant of the motion to intervene; or (ii) decline to withdraw those claims, in which case the Court
12 would deny that motion. The Court also stated that should a state court action involving all three
13 parties commence, this Court would dismiss the present action. Because the parties to this case
14 and the scope and forum of the claims at issue will be impacted by F. Alioto's election, the City
15 and Exxon Mobil agree that the mediation of this case should be continued until after the
16 expiration of the thirty (30) day period.

17 During the call with Mr. Weissman, the City and Exxon Mobil agreed to seek to postpone
18 scheduling the mediation date until the uncertainty of the parties to and forum of the litigation has
19 been resolved. The expiration of the thirty (30) day period for F. Alioto's election will run on
20 Wednesday, March 11, 2009.[1] However, the current deadline by which the court-ordered
21 mediation must be completed is March 20, 2009.

22 //
23 //
24 //
25 //
26 //

---

[1] The City and Exxon Mobil have scheduled a second conference call with Mr. Weissman for March 13, 2009, at 9:30 a.m. to discuss the case status and scheduling of the mediation. However, should Alioto make its election prior to the March 11, 2009 filing deadline, the parties have agreed to conduct the conference call at an earlier date.

In light of the above, the parties hereby stipulate to and respectfully request the Court grant an extension of the March 20, 2009 mediation deadline to May 1, 2009.

SO STIPULATED.

Dated: February 12, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ELAINE M. O'NEIL
Deputy City Attorneys

BY /s/ Donald P. Margolis
    DONALD P. MARGOLIS

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: February 12, 2009

MORGAN, LEWIS & BOCKIUS LLP

BY /s/ Anne H. Lee
    ANNE H. LEE

Attorneys For Defendant
EXXON MOBIL OIL CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February~~ March 19, 2009

_____
The Honorable ~~~~

IT IS SO ORDERED
Judge Marilyn H. Patel

//

In light of the above, the parties hereby stipulate to and respectfully request the Court grant an extension of the March 20, 2009 mediation deadline to May 1, 2009.

SO STIPULATED.

Dated: February 12, 2009

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    DONALD P. MARGOLIS
    ELAINE M. O'NEIL
    Deputy City Attorneys

    BY: /s/ Donald P. Margolis
    DONALD P. MARGOLIS

    Attorneys for Plaintiffs
    CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: February 12, 2009

    MORGAN, LEWIS & BOCKIUS LLP

    BY: /s/ Anne H. Lee
    ANNE H. LEE

    Attorneys For Defendant
    EXXON MOBIL OIL CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __, 2009

    _____
    The Honorable Judge Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION
USDC – N.D. of CA Case No. C-08-03490 MHP