1  DENNIS J. HERRERA, State Bar No. 139669
   City Attorney
2  JOANNE HOEPER, State Bar No. 114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar No. 16588
   ELAINE M. O'NEIL, State Bar No. 142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Tel: (415) 554-3853; Fax: (415) 554-3837
   don.margolis@sfgov.org

7

   DAWN S. PITTMAN, State Bar No. 177962
8  ANNE H. LEE, State Bar No. 258016
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, California 94105-1126
10 Tel: (415) 442-1000; Fax: (415) 442-1001
   dpittman@morganlewis.com

11

   Attorney for Defendant
12 EXXON MOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, by and through its PORT COMMISSION, and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL OIL CORPORATION, a corporation, and DOES 1-100,<br><br>Defendant. | Case No. C-08-03490 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF STAY OF LITIGATION** |

PLAINTIFFS CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS

PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA ("Plaintiffs") and

DEFENDANT EXXONMOBIL OIL CORPORATION ("ExxonMobil") participated in a

DB2/21285056.2  1  STIPULATION/ORDER FOR EXT STAY OF LITIGATION
                    USDC – N.D. of CA Case No. C-08-03490 MHP

mediation with the Court appointed mediator, Mr. Steven Weissman, on Wednesday, April 29, 2009. During the mediation the parties agreed to, and have since, worked collaboratively on environmental investigation efforts to address the conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this litigation. On May 4, 2009, the Honorable Judge Patel stayed the litigation and set a further Case Management Conference for September 21, 2009. Because the items agreed upon by the parties at mediation have not yet been completed, the parties hereby jointly seek an extension of the current stay of litigation until January 11, 2010, and respectfully request a further Case Management Conference for January 11, 2010 or as soon thereafter as the Court's schedule permits.

To this end, the parties hereby stipulate to and respectfully request the Court to grant an extension to the stay of this litigation and to set a Case Management Conference for January 11, 2010 or as soon thereafter as the Court's schedule permits. Each party reserves the right to request relief from the stay should the party determine that the collaborative effort is not operating to its satisfaction.

IT IS SO STIPULATED.

Dated: September 11, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ELAINE M. O'NEIL
Deputy City Attorneys


By _____
     Elaine M. O'Neil

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2   STIPULATION/ORDER FOR EXT STAY OF LITIGATION
    USDC – N.D. of CA Case No. C-08-03490 MHP

| | |
|---|---|
| Dated: September 11, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| | By _____<br>Anne H. Lee |
| | Attorneys For Defendant<br>EXXON MOBIL OIL CORPORATION |

There shall be a further case management conference on January __11__, 2010. @ 3:00 pm

IT IS SO ORDERED.

Dated: September __15__, 2009

_____
HONORABLE MARILYN H. PATEL
JUDGE, U.S. DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION/ORDER FOR EXT STAY OF LITIGATION
USDC – N.D. of CA Case No. C-08-03490 MHP

1 | mediation with the Court appointed mediator, Mr. Steven Weissman, on Wednesday, April 29,
2 | 2009. During the mediation the parties agreed to, and have since, worked collaboratively on
3 | environmental investigation efforts to address the conditions at the property located at 440
4 | Jefferson Street (the "Site"), which is the subject of this litigation. On May 4, 2009, the
5 | Honorable Judge Patel stayed the litigation and set a further Case Management Conference for
6 | September 21, 2009. Because the items agreed upon by the parties at mediation have not yet been
7 | completed, the parties hereby jointly seek an extension of the current stay of litigation until
8 | January 11, 2010, and respectfully request a further Case Management Conference for January
9 | 11, 2010 or as soon thereafter as the Court's schedule permits.

To this end, the parties hereby stipulate to and respectfully request the Court to grant an extension to the stay of this litigation and to set a Case Management Conference for January 11, 2010 or as soon thereafter as the Court's schedule permits. Each party reserves the right to request relief from the stay should the party determine that the collaborative effort is not operating to its satisfaction.

IT IS SO STIPULATED.

Dated: September 11, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ELAINE M. O'NEIL
Deputy City Attorneys

By _____
Elaine M. O'Neil

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN
FRANCISCO, BY AND THROUGH ITS
PORT COMMISSION, AND THE PEOPLE
OF THE STATE OF CALIFORNIA

| | |
|---|---|
| 1 | Dated: September 11, 2009 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated: September 11, 2009

MORGAN, LEWIS & BOCKIUS LLP

By _____[signature]_____
Anne H. Lee

Attorneys For Defendant
EXXON MOBIL OIL CORPORATION

There shall be a further case management conference on January _____, 2010.

IT IS SO ORDERED.

Dated: September _____, 2009

_____
HONORABLE JUDGE MARILYN H. PATEL
JUDGE OF THE DISTRICT COURT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO