DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3853
Facsimile: (415) 554-3837
E-Mail: don.margolis@sfgov.org

DAWN S. PITTMAN, State Bar No. 177962
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
dpittman@morganlewis.com

Attorney for Defendant
EXXON MOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, by and through its PORT COMMISSION, and PEOPLE OF THE STATE OF CALIFORNIA, | Case No. C-08-03490 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EXXON MOBIL OIL CORPORATION, a corporation, and DOES 1-100, | |
| Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER EXTENDING STAY AND
CONTINUING CMC
USDC – N.D. of CA Case No. C-08-03490 MHP

1  PLAINTIFFS CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT

2  COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA ("Plaintiffs") and

3  DEFENDANTS EXXONMOBIL OIL CORPORATION ("ExxonMobil") previously jointly

4  requested and obtained from this Court an Order for Stay of Litigation, to enable them to carry

5  out an agreement reached at a Court-ordered mediation in April 2009. Under the agreement, the

6  parties are working collaboratively on environmental investigation measures to address the

7  conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this

8  litigation. On May 4, 2009, this Court stayed the litigation and set a further Case Management

9  Conference for September 21, 2009. On September 15, 2009, at the parties' joint request, this

10 Court extended the stay to January 11, 2010, and set a further Case Management Conference for

11 that date.

12      The environmental investigation agreed upon by the parties is underway. In furtherance

13 of those efforts, a corrective action plan is expected to be submitted to the California Regional

14 Water Quality Control Board ("the Regional Board") in mid-January 2010. Thus, the parties

15 continue their efforts to work collaboratively, and with the Regional Board, to develop and

16 implement remedial action for the Site.

17      To this end, the parties stipulate to and respectfully request the Court to further extend the

18 stay of this litigation and to continue the Case Management Conference from January 11 to

19 March 15, 2010, or as soon thereafter as the Court's schedule permits.

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP AND ORDER EXTENDING STAY AND
CONTINUING CMC
.D. of CA Case No. C-08-03490 MHP

1         Each party reserves the right to request relief from the stay should the party determine that

2 the collaborative effort is not operating to its satisfaction.

3         SO STIPULATED.

4 Dated: January 4, 2010                  DENNIS J. HERRERA

5                            City Attorney
                           JOANNE HOEPER

6                            Chief Trial Deputy
                           DONALD P. MARGOLIS

7                            ELAINE M. O'NEIL
                           Deputy City Attorneys

8

9

10                            BY_____/s/_____
                                DONALD P. MARGOLIS

11

12                            Attorneys for Plaintiffs
                           CITY AND COUNTY OF SAN

13                            FRANCISCO, BY AND THROUGH ITS
                           PORT COMMISSION, AND THE PEOPLE

14                            OF THE STATE OF CALIFORNIA

15 Dated:  January 4, 2010               MORGAN, LEWIS & BOCKIUS LLP

16

17                            BY_____/S/_____
                               Dawn S. Pittman

18

19                            Attorneys For Defendant
                           EXXON MOBIL OIL CORPORATION

20                          **ORDER**

21

22         Pursuant to the parties' stipulation, the further case management conference currently

23 scheduled for January 11, 2010 is continued to March 15, 2010, at 3:00 a.m./p.m., or as soon after

24 March 15 as the Court's schedule permits.  The stay of litigation shall remain in place.

25

26 Dated:  _1/5/2010_____                         _____
                           The Honorable Judge Marilyn H. Patel

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA