DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Tel: (415) 554-3853; Fax: (415) 554-3837
don.margolis@sfgov.org

Attorney For Plaintiff
CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA

DAWN S. PITTMAN, State Bar No. 177962
ANNE LEE LOWINGER, State Bar No. 258016
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
dpittman@morganlewis.com
alowinger@morganlewis.com

Attorney for Defendant
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, by and through its PORT COMMISSION, and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL OIL CORPORATION, a corporation, and DOES 1-100,<br><br>Defendant. | Case No. C 08-03490 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21565976.2

STIP AND [PRPD] ORDER EXT STAY
OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

1     PLAINTIFFS CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS
2 PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA ("Plaintiffs") and
3 DEFENDANTS EXXONMOBIL OIL CORPORATION ("ExxonMobil") previously jointly
4 requested and obtained from this Court an Order for Stay of Litigation, to enable them to carry
5 out an agreement reached at a Court-ordered mediation in April 2009. Under the agreement, the
6 parties are working collaboratively on environmental investigation measures to address the
7 conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this
8 litigation. First on May 4, 2009, this Court stayed the litigation and set a further Case
9 Management Conference for September 21, 2009. This Court subsequently extended the stay
10 twice and finally set a further Case Management Conference for March 15, 2010.

11     The environmental investigation agreed upon by the parties is complete. A corrective
12 action plan was submitted to the California Regional Water Quality Control Board ("the Regional
13 Board") and presented to the public in January 2010. The parties now await its approval from the
14 Regional Board. Thus, the parties continue their efforts to work collaboratively, and with the
15 Regional Board, to develop and implement remedial action for the Site.

16     To this end, the parties stipulate to and respectfully request the Court to further extend the
17 stay of this litigation and to continue the Case Management Conference from March 15, 2010 to
18 November 1, 2010 or as soon thereafter as the Court's schedule permits.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco      DB2/21565976.2                    1                    STIP AND [PRPD] ORDER EXT STAY
                                                                          OF LITIGATION AND CONT CMC
                                                                          USDC – N.D. of CA Case No. C 08-03490 MHP

1  Each party reserves the right to request relief from the stay should the party determine that
2  the collaborative effort is not operating to its satisfaction.

3  IT IS SO STIPULATED.

4  Dated: March 4, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ELAINE M. O'NEIL
Deputy City Attorneys


By_____/S/ *Donald P. Margolis*_____
        Donald P. Margolis

Attorneys for Plaintiff
CITY AND COUNTY OF SAN
FRANCISCO, BY AND THROUGH ITS
PORT COMMISSION, AND THE PEOPLE
OF THE STATE OF CALIFORNIA

Dated: March 4, 2010

MORGAN, LEWIS & BOCKIUS LLP


By_____/S/ *Anne Lee Lowinger*_____
        Anne Lee Lowinger

Attorneys for Defendant
EXXON MOBIL OIL CORPORATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 4, 2010

MORGAN, LEWIS & BOCKIUS LLP


By_____/S/ *Anne Lee Lowinger*_____
        Anne Lee Lowinger

Attorneys for Defendant
EXXON MOBIL OIL CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21565976.2

2

STIP AND [PRPD] ORDER EXT STAY
OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

# **ORDER**

The Further Case Management Conference currently scheduled for March 15, 2010 is continued to November 1, 2010, or as soon thereafter as the Court's schedule permits. The stay of litigation shall remain in place.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __3/16/2010_____  _____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

