1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   ELAINE M. O'NEIL, State Bar #142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California  94102-5408
6  Tel: (415) 554-3853; Fax: (415) 554-3837
   don.margolis@sfgov.org
7
   Attorney For Plaintiff
8  CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT
   COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA
9

10 DAWN S. PITTMAN, State Bar No. 177962
   KARIN KRATTLI SALAMEH, State Bar No. 252034
11 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
12 San Francisco, California  94105-1126
   Tel: (415) 442-1000; Fax: (415) 442-1001
13 dpittman@morganlewis.com
   ksalameh@morganlewis.com
14
   Attorney for Defendant
15 EXXONMOBIL OIL CORPORATION

16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                 SAN FRANCISCO DIVISION

20

21 CITY AND COUNTY OF SAN                Case No. C 08-03490 MHP
   FRANCISCO, by and through its PORT
22 COMMISSION, and PEOPLE OF THE         **STIPULATION AND [PROPOSED]**
   STATE OF CALIFORNIA,                  **ORDER EXTENDING STAY OF**
23                                        **LITIGATION AND CONTINUING**
                Plaintiff,               **CASE MANAGEMENT CONFERENCE**
24
       vs.
25
26 EXXONMOBIL OIL CORPORATION, a
   corporation, and DOES 1-100,
27
                Defendant.
28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

DB2/22001574.1

1    PLAINTIFFS CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS

2  PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA ("Plaintiffs") and

3  DEFENDANT EXXONMOBIL OIL CORPORATION ("ExxonMobil") previously jointly

4  requested and obtained from this Court an Order for Stay of Litigation, to enable them to carry

5  out an agreement reached at a Court-ordered mediation in April 2009.  Under the agreement, the

6  parties are working collaboratively on environmental investigation measures to address the

7  conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this

8  litigation.  First on May 4, 2009, this Court stayed the litigation and set a further Case

9  Management Conference for September 21, 2009.  This Court subsequently extended the stay

10  three times and finally set a further Case Management Conference for November 1, 2010.

11    The California Regional Water Quality Control Board ("the Regional Board") has

12  approved both a corrective action plan and a design and implementation plan for the Site.  The

13  parties now await permit approvals from the applicable agencies in order to begin the remediation

14  work.  Thus, the parties continue their efforts to work collaboratively in order to implement

15  remedial action for the Site.

16    To this end, the parties stipulate to and respectfully request the Court to further extend the

17  stay of this litigation and to continue the Case Management Conference from November 1, 2010

18  to April 1, 2011 or as soon thereafter as the Court's schedule permits.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22001574.1                                1                    STIP AND [PRPD] ORDER EXT STAY
OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

1    Each party reserves the right to request relief from the stay should the party determine that

2    the collaborative effort is not operating to its satisfaction.

3        IT IS SO STIPULATED.

4    Dated:  October 21, 2010                    DENNIS J. HERRERA
                                                 City Attorney
5                                                JOANNE HOEPER
                                                 Chief Trial Deputy
6                                                DONALD P. MARGOLIS
                                                 ELAINE M. O'NEIL
7                                                Deputy City Attorneys

8

9                                                By_____/S/ *Donald P. Margolis*_____
                                                       Donald P. Margolis
10

                                                 Attorneys for Plaintiff
11                                               CITY AND COUNTY OF SAN
                                                 FRANCISCO, BY AND THROUGH ITS
12                                               PORT COMMISSION, AND THE PEOPLE
                                                 OF THE STATE OF CALIFORNIA
13

14   Dated:  October 21, 2010                    MORGAN, LEWIS & BOCKIUS LLP

15

16                                               By_____/S/ *Karin Krattli Salameh*_____
                                                       Karin Krattli Salameh
17

                                                 Attorneys for Defendant
18                                               EXXON MOBIL OIL CORPORATION

19

20       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

21   "conformed" signature (/S/) within this efiled document.

22

23   Dated:  October 21, 2010                    MORGAN, LEWIS & BOCKIUS LLP

24

25                                               By_____/S/ *Karin Krattli Salameh*_____
                                                       Karin Krattli Slameh
26

                                                 Attorneys for Defendant
27                                               EXXON MOBIL OIL CORPORATION

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22001574.1                        2                STIP AND [PRPD] ORDER EXT STAY
                                                       OF LITIGATION AND CONT CMC
                                                       USDC – N.D. of CA Case No. C 08-03490 MHP

1

<u>**ORDER**</u>

2

 The Further Case Management Conference currently scheduled for November 1, 2010 is

3

continued to April X, 2011, or as soon thereafter as the Court's schedule permits.  The stay of

4

litigation shall remain in place.

5

 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

6

7

Dated: _10/25/2010 _____

8

THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22001574.1      3      STIP AND [PRPD] ORDER EXT STAY
OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP