1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   ELAINE M. O'NEIL, State Bar #142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California  94102-5408
6  Tel: (415) 554-3853; Fax: (415) 554-3837
   don.margolis@sfgov.org
7
   Attorney For Plaintiff
8  CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT
   COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA
9

10 DAWN S. PITTMAN, State Bar No. 177962
   KARIN KRATTLI SALAMEH, State Bar No. 252034
11 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
12 San Francisco, California  94105-1126
   Tel: (415) 442-1000; Fax: (415) 442-1001
13 dpittman@morganlewis.com
   ksalameh@morganlewis.com
14
   Attorney for Defendant
15 EXXONMOBIL OIL CORPORATION

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, by and through its PORT COMMISSION, and PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL OIL CORPORATION, a corporation, and DOES 1-100,<br><br>Defendant. | Case No. C 08-03490 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING STAY OF LITIGATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22339971.1

STIP AND [PRPD] ORDER EXT STAY
OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

PLAINTIFFS CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA ("Plaintiffs") and DEFENDANT EXXONMOBIL OIL CORPORATION ("ExxonMobil") previously jointly requested and obtained from this Court an Order for Stay of Litigation, to enable them to carry out an agreement reached at a Court-ordered mediation in April 2009. Under the agreement, the parties are working collaboratively on environmental investigation measures to address the conditions at property north of 440 Jefferson Street (the "Site"), which is the subject of this litigation. On May 4, 2009, this Court stayed the litigation and set a further Case Management Conference for September 21, 2009. This Court subsequently extended the stay four times and finally set a further Case Management Conference for April 4, 2011.

Since September 2010, Exxon Mobil obtained permit approval from the applicable regulatory agencies to conduct remediation north of the Site. Preliminary field activities for remediation began in November 2010 and corrective action construction began in December 2010. The remediation is substantially complete and is expected to be finalized in April 2011. Monitoring of the Site will then begin in order to determine the success of the remediation. Thus, the parties continue their efforts to work collaboratively in order to implement remedial action for the Site.

To this end, the parties stipulate to and respectfully request the Court to further extend the stay of this litigation and to continue the Case Management Conference from April 4, 2011 to July 5, 2011 or as soon thereafter as the Court's schedule permits.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22339971.1

1

STIP AND [PRPD] ORDER EXT STAY OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

Each party reserves the right to request relief from the stay should the party determine that the collaborative effort is not operating to its satisfaction.

IT IS SO STIPULATED.

Dated:  March 29, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DONALD P. MARGOLIS
ELAINE M. O'NEIL
Deputy City Attorneys


By_____/S/ *Donald P. Margolis*_____
           Donald P. Margolis

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA

Dated:  March 29, 2011                MORGAN, LEWIS & BOCKIUS LLP


By_____/S/ *Karin Krattli Salameh*_____
           Karin Krattli Salameh

Attorneys for Defendant
EXXON MOBIL OIL CORPORATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


Dated:  March 29, 2011                MORGAN, LEWIS & BOCKIUS LLP


By_____/S/ *Karin Krattli Salameh*_____
           Karin Krattli Slameh

Attorneys for Defendant
EXXON MOBIL OIL CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22339971.1

2

STIP AND [PRPD] ORDER EXT STAY OF LITIGATION AND CONT CMC
USDC – N.D. of CA Case No. C 08-03490 MHP

**ORDER**

The Further Case Management Conference currently scheduled for April 4, 2011 is continued to July ~~5~~ 11, 2011, or as soon thereafter as the Court's schedule permits. The stay of litigation shall remain in place.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: __3/31/2011_____    _____
                                        THE HONORABLE MARILYN H. PATEL
                                        UNITED STATES DISTRICT JUDGE



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22339971.1                3                STIP AND [PRPD] ORDER EXT STAY
                                               OF LITIGATION AND CONT CMC
                                               USDC – N.D. of CA Case No. C 08-03490 MHP