DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
ELAINE M. O'NEIL, State Bar#142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:     (415) 554-3837
E-Mail:        don.margolis@sfgov.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO,
BY AND THROUGH ITS PORT COMMISSION,
AND PEOPLE OF THE STATE OF CALIFORNIA


MICHAEL MOLLAND, State Bar No. 111830
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
dpittman@morganlewis.com

Attorney for Defendant
EXXON MOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL OIL CORPORATION, a corporation, and Does 1-100,<br><br>Defendants. | Case No. C-08-03490 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Currently Scheduled Conf.:  March 16, 2012<br><br>Proposed Continued Conf.:  April 27, 2012 |

Plaintiffs City and County of San Francisco, by and through its Port Commission, and People of the State of California ("Port") and defendant Exxon Mobil Oil Corporation ("ExxonMobil")

1 request an order continuing the case management conference from March 16, 2012 to April 27, 2012, to allow for the completion of settlement discussions or trial of a parallel case in San Francisco County Superior Court that may moot the present action.

**RECITALS**

A. The parties have previously requested and obtained from this Court a stay of litigation, and several extensions of that stay, along with continuances of case management conferences, to enable them to carry out an agreement reached at a Court-ordered mediation in April 2009. Under the agreement, the parties worked collaboratively on environmental investigation measures to address the conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this litigation. ExxonMobil then performed an environmental remediation at the Site, and monitoring of the impact of that remediation is now taking place.

B. In parallel litigation pending in the San Francisco County Superior Court, plaintiff F. Alioto Company ("F. Alioto"), a tenant of the Port's adjacent to the Site, has sued both the Port and ExxonMobil. In that action, entitled *F. Alioto Company, Inc. v. City and County of San Francisco, et al.*, bearing number CGC-09-489792 ("the State Court Action"), F. Alioto seeks damages for, among things, the presence of contaminants at and about the Site.

C. The State Court Action is set for trial on April 16, 2012. The parties participated in a mediation on March 1, 2012. Although they did not settle the case on that day, efforts and communications continue, and within relatively short order, in advance of the April 16 trial date, the parties will have either settled the case or exhausted their efforts, without success, to settle the case. At this moment, the outcome is uncertain.

D. The parties to this action agree that until the status of the State Court Action is better defined, it remains premature to schedule pretrial and trial dates in the present action. The parties also expect, however, that by April 27, which is two weeks after the scheduled commencement of the State Court Action, the parties will be in a far better position to discuss the appropriate management of the present action. Accordingly, the parties request an order continuing the case management conference to April 27, 2012, or to a later date that better suits the calendaring needs of this Court.

### DECLARATION OF DONALD P. MARGOLIS

1. I am a deputy city attorney with the San Francisco City Attorney's Office, counsel for plaintiffs City and County of San and the People of the State of California ("the Port"). I have personal knowledge of the facts set forth in this declaration, based on my role as attorney of record for the Port at all phases of this litigation.

2. Each of the facts recited above is true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on March 9, 2012, at San Francisco, California.

_____*/s/ Donald P. Margolis*_____
DONALD P. MARGOLIS

### STIPULATION

Based upon the facts recited above, the parties stipulate to entry of an order continuing the case management conference from March 16, 2012 to **April 27, 2012, at 9:00 a.m.** The parties further stipulate to entry of an order extending the deadline for submittal of a joint case management statement to one week before the newly scheduled case management conference.

SO STIPULATED.

Dated: March 9, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

BY_____*/s/ Donald P. Margolis*_____
DONALD P. MARGOLIS

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: March 9, 2012

MORGAN, LEWIS & BOCKIUS LLP

BY_____*/s/ Michael Molland*_____
MICHAEL MOLLAND

Attorneys For Defendant
EXXON MOBIL OIL CORPORATION

Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Pursuant to the parties' stipulation, the further case management conference currently scheduled for March 16, 2012, at 9:00 a.m. is continued to April 27, 2012, at 9:00 a.m.  The parties shall file a joint case management by April 20, 2012.

Dated: _____3/13/12_____    _____

The Honorable Edward Chen
United States D___

IT IS SO ORDERED
Judge Edward M. Chen