DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:         don.margolis@sfgov.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO,
BY AND THROUGH ITS PORT COMMISSION,
AND PEOPLE OF THE STATE OF CALIFORNIA

MICHAEL MOLLAND, State Bar No. 111830
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
dpittman@morganlewis.com

Attorney for Defendant
EXXON MOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> EXXONMOBIL OIL CORPORATION, a corporation, and Does 1-100, <br><br> Defendants. | Case No. C-08-03490 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Currently Scheduled Conf.:  April 27, 2012 <br><br> Proposed Continued Conf.:  May 25, 2012 |

1        Plaintiffs City and County of San Francisco, by and through its Port Commission, and People

2   of the State of California ("Port") and defendant Exxon Mobil Oil Corporation ("ExxonMobil")

3   request an order continuing the case management conference from April 27, 2012 to May 25, 2012, to

4   allow for the completion of papers documenting the settlement of a parallel case in San Francisco

5   County Superior Court which, once finally settled, may moot the present action.

6   **RECITALS**

7        A.     The parties have previously requested and obtained from this Court a stay of litigation,

8   and several extensions of that stay, along with continuances of case management conferences, to

9   enable them to carry out an agreement reached at a Court-ordered mediation in April 2009.  Under the

10  agreement, the parties worked collaboratively on environmental investigation measures to address the

11  conditions at the property located at 440 Jefferson Street (the "Site"), which is the subject of this

12  litigation.  ExxonMobil then performed an environmental remediation at the Site, and monitoring of

13  the impact of that remediation is now taking place.

14       B.     In parallel litigation pending in the San Francisco County Superior Court, plaintiff F.

15  Alioto Company ("F. Alioto"), a tenant of the Port's adjacent to the Site, has sued both the Port and

16  ExxonMobil.  In that action, entitled *F. Alioto Company, Inc. v. City and County of San Francisco, et*

17  *al.*, bearing number CGC-09-489792 ("the State Court Action"), F. Alioto seeks damages for, among

18  things, the presence of contaminants at and about the Site.

19       C.     On March 28, 2012, the parties to the State Court Action entered into a Stipulation for

20  Settlement of that action.  The parties have since exchanged drafts of a formal settlement agreement,

21  and continue to discuss and attempt to reach agreement on the form of the release of liability in that

22  agreement.

23       D.     The parties to this action agree that once a final settlement agreement is signed in the

24  State Court Action, and that action is dismissed with prejudice, the present action will be dismissed.

25  The parties expect that within the next 30 days they should complete their efforts to negotiate and

26  sign the final settlement agreement, and that in the meantime, considerations of judicial economy

27  counsel postponing the case management conference in the present action. Accordingly, the parties

28  request an order continuing the case management conference to May 25, 2012, or to a later date that

1    better suits the calendaring needs of this Court.

2

3                        **DECLARATION OF DONALD P. MARGOLIS**

4            1.        I am a deputy city attorney with the San Francisco City Attorney's Office, counsel for

5    plaintiffs City and County of San and the People of the State of California ("the Port").  I have

6    personal knowledge of the facts set forth in this declaration, based on my role as attorney of record

7    for the Port at all phases of this litigation.

8            2.        Each of the facts recited above is true and correct.

9            I declare under penalty of perjury under the laws of the United States that the foregoing is true

10   and correct, and that I executed this declaration on April 24, 2012, at San Francisco, California.

11                                              _____/s/ Donald P. Margolis_____
                                                DONALD P. MARGOLIS

12                        **STIPULATION**

13           Based upon the facts recited above, the parties stipulate to entry of an order continuing the

14   case management conference from April 17, 2012 to **May 25, 2012, at 9:00 a.m.**  The parties further

15   stipulate to entry of an order extending the deadline for submittal of a joint case management

16   statement to one week before the newly scheduled case management conference.

17           SO STIPULATED.

18   Dated:  April 24, 2012                      DENNIS J. HERRERA
                                                 City Attorney
19                                               JOANNE HOEPER
                                                 Chief Trial Deputy
20

21                                               BY_____/s/ Donald P. Margolis_____
                                                    DONALD P. MARGOLIS
22
                                                 Attorneys for Plaintiffs
23                                               CITY AND COUNTY OF SAN
                                                 FRANCISCO, BY AND THROUGH ITS
24                                               PORT COMMISSION, AND THE PEOPLE
                                                 OF THE STATE OF CALIFORNIA
25

26

27

28

1    Dated:  April 24, 2012                              MORGAN, LEWIS & BOCKIUS LLP

2                                                        BY_____/s/  Michael Molland_____
                                                              MICHAEL MOLLAND

3                                                        Attorneys For Defendant
                                                         EXXON MOBIL OIL CORPORATION

4                                                        Pursuant to General Order 45, §X.B., the filer of
                                                         this document attests that he has received the
5                                                        concurrence of this signatory to file this document.

6                                               **ORDER**

7          Pursuant to the parties' stipulation, the further case management conference currently

8    scheduled for April 27, 2012, at 9:00 a.m. is continued to May 25, 2012, at 9:00 a.m.  The parties

9    shall file a joint case management statement by May 18, 2012.

10                    4/24/12

11   Dated:   _____         _____
                                           The Honorable Edward Chen
                                           United States District Judge
12
                                           IT IS SO ORDERED
13

14                                         Judge Edward M. Chen

15

16

17

18

19

20

21

22

23

24

25

26

27

28