DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:          don.margolis@sfgov.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO,
BY AND THROUGH ITS PORT COMMISSION,
AND PEOPLE OF THE STATE OF CALIFORNIA

Michael Molland, State Bar No. 111830
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
mmolland@morganlewis.com

Attorney For Defendant
EXXON MOBIL OIL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EXXONMOBIL OIL CORPORATION, a corporation, and Does 1-100,<br><br>    Defendants. | Case No. C-08-03490-EMC<br><br>**STIPULATION FOR DISMISSAL** ; ORDER<br><br>Trial Date:              Stayed |

Stipulation for Dismissal
CCSF v. ExxonMobil, USDC No. C 08-03490-EMC

1

c:\nrportbl\db2\mp014600\23016555_1.doc

1  Under Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this entire action with
2  prejudice.
3  Dated: August 13, 2012

|   |   |
|---|---|
|   | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>DONALD P. MARGOLIS<br>Deputy City Attorney<br>By: _____/S/_____<br>DONALD P. MARGOLIS<br><br>Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA |
| Dated: August 13, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br>By: _____/S/_____<br>MICHAEL E. MOLLAND<br>*Attorneys for Defendant EXXONMOBIL OIL CORPORATION* |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: August 13, 2012

|   |   |
|---|---|
|   | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>DONALD P. MARGOLIS<br>Deputy City Attorney<br>By: _____/S/_____<br>DONALD P. MARGOLIS<br>Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO, BY AND THROUGH ITS PORT COMMISSION, AND THE PEOPLE OF THE STATE OF CALIFORNIA |

IT IS SO ORDERED

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]